# APPLICATION EX. C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MOHD NAJIB ABD RAZAK,**<br><br>    Petitioner,<br><br>v.<br><br>**AGNIFILO INTRATER LLP and MARC A. AGNIFILO,**<br><br>    Respondents. | CASE No:<br>**TBD**<br>NOTICE OF RULE 30 DEPOSITION |

TO:    MARC A. AGNIFILO

PLEASE TAKE NOTICE that, pursuant to Rule 30of the Federal Rules of Civil Procedure and the Local Rules of this Court and as authorized by the attached Order issued in this district, counsel for Petitioner MOHD NAJIB ABD RAZAK will take the deposition of Marc A. Agnifilo on [**DATE TBD**, 2025], at [Name of office, Street Address Town, City, Zip Code].  This deposition will be used for all purposes permitted under the Federal Rules of Civil Procedure. The deposition(s) shall be taken pursuant to Rule 30 of the Federal Rules of Civil Procedure, before a duly appointed, qualified, and acting notary public authorized to administer oaths. The deposition  may be conducted by remote means and will be recorded by video and stenographic means, and will continue until completed.

 Dated: TBD, 2025

                                       By:    /s/ *Aurora Kassirer*

                                              Aurora Kassirer
                                              Pierson Ferdinand LLP
                                              1270 Avenue of the Americans
                                              New York, New York 10022
                                              (917) 817-6617
                                              *Attorneys for Mohd Najib Abd Razak*

# **<u>COURT ORDER</u>**