Case 1:25-mc-00320-MKV Document 15 Filed 08/27/25 Page 1 of 1
Case 1:25-mc-00320-MKV-GWG Document 16 Filed 08/27/25 Page 1 of 1



**PIERSON FERDINAND**

August 22, 2025

Aurora Cassirer
Partner
aurora.cassirer@pierferd.com
Direct: 917-817-6617
1270 Avenue of the Americas
7th Floor--1050
New York, NY 10020

**VIA ECF**

Hon. Mary Kay Vyskocil
District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/27/2025

Re: **In Re: Application of Mohd Najib Bin Abd Razak, Misc Case No. TBA, Provisionally Related To SDNY Misc. Case No. 1:20-MC-00387 (JGK-KHP)**

Dear Judge Vyskocil:

Pierson Ferdinand LLP represents Petitioner Mohd Najib Bin Abd Razak ("Mr. Razak"), a foreign national, with respect to the above application seeking authorization to pursue discovery pursuant to 28 U.S.C. § 1782.

We write respectfully to request that the Court rule on our pending request to proceed on notice. *See* Petition (ECF No. 14 at ¶¶ 2-5 and ¶ 66) and companion letter to the Clerk of Court (Ex.1 to ECF No. 10). As set forth in our application, filed July 30 and supplemented August 7, 2025, Mr. Razak is a defendant in ongoing criminal proceedings in Malaysia. The discovery we seek here is urgently sought for use in that matter.

Respectfully submitted,

*/s/ Aurora Cassirer*
Aurora Cassirer
Pierson Ferdinand LLP

CALIFORNIA  COLORADO  DELAWARE  FLORIDA  GEORGIA  ILLINOIS  MASSACHUSETTS  MICHIGAN  NEW JERSEY  NEW YORK  NORTH CAROLINA
OHIO  PENNSYLVANIA  TEXAS  WASHINGTON  WASHINGTON, D.C.

---

**Petitioner moved *ex parte* for authorization to issue subpoenas pursuant to 27 U.S.C. Section 1782, however, Petitioner has not established that an *ex parte* motion is necessary or appropriate here. In fact, Petitioner states that under these "circumstances we prefer not to proceed ex parte and instead to serve our application papers." [ECF No. 14]. Petitioner's application seeking discovery pursuant to 28 U.S.C. Section 1782 [ECF No. 14] is DENIED without prejudice to renewal. Petitioner may renew his motion after properly serving Respondents. The Clerk of Court is respectfully requested to terminate ECF No. 14.**

**SO ORDERED.**

Date: 8/27/2025
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge