UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In Re: Application of
Mohd Najib Bin Abd Razak,                       :

            Plaintiff,             :        ORDER

   -v.-                                                        :        25 MC 320 (MKV) (GWG)
For An Order Pursuant to 28 U.S.C. § 1782
To Take Discovery For Use In Foreign             :
Proceedings From: Agnifilo Intrater LLP, and
Marc A. Agnifilo,                                            :

           Defendants.          :
-----------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The respondents, Agnifilo Intrater LLP and Marc A. Agnifilo, shall file their response to the application (Docket ## 17-29) on or before September 22, 2025. Any reply may be filed by October 6, 2025.

      SO ORDERED.

Dated: September 8, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge