UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re Application of
Mohd Najib Bin Abd Razak                              :

                Petitioner,           :
                                                                  ORDER
           v.                                           :        25-MC-00320 (MKV) (GWG)

For An Order Pursuant To 28 U.S.C. § 1782         :
To Take Discovery For Use In
Foreign Proceedings From:                                 :
Agnifilo Intrater LLP, and Marc A. Agnifilo,
                                                           :
Respondents.
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court will hold a brief telephone conference limited to the issue of the burden that would be imposed on respondents were the Court to grant the petitioner's application – in particular, respondents' claim that compliance with the request would require "months (if not years)"  Docket # 35 at 13. We note that that assertion is devoid of any explanation.   In particular, the Court seeks to determine if the respondents have already identified in some form the "discovery provided by Goldman Sachs and Leissner that would indisputably advance Razak's stated factual defense" or the "material that defendant Razak does not appear to have that would be consistent with his stated defense, as set forth in public documents" (even if that identification might prove to be under- or -over-inclusive).  See Letter dated March 12, 2021 from Marc A. Agnifilo to Judge Margo K. Brodie.

      At the conference the Court will also require petitioner to address why it did not file the instant petition against Goldman Sachs and why it did not take any action to obtain the documents from Goldman Sachs or anyone else between 2022 and 2025.

      The conference will take place on Monday, December 1, 2025, at 2:30 p.m.  A few minutes prior to the above date and time, the parties shall dial 646-453-4442   and use access code: 869 281 517#.  (The public may also dial in but will be permitted only to listen.)   When dialing in to the conference, the parties must be in a quiet indoor location and must not use a speakerphone.  A telephone line and microphone technology with optimal quality should be used.

      The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

  Upon receipt of this order each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the conference date and time. The parties should follow paragraph 1. F of this Court's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein) for any request for an adjournment

  SO ORDERED.

Dated: November 20, 2025
   New York, New York

                _____
                GABRIEL W. GORENSTEIN
                United States Magistrate Judge