# AGNIFILO
# INTRATER

December 8, 2025

<u>**VIA ECF**</u>
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

MEMORANDUM ENDORSED

Re:     **Razak v. Agnifilo Intrater LLP, 25-mc-00320 (MKV) (GWG)**

Dear Judge Gorenstein:

I write to seek a five-day extension of the affirmation currently due today, December 8, 2025, to Friday, December 12, 2025. The reason for this request is that the case materials relevant to the affirmation from the Brafman & Associates, PC server are voluminous and have not yet transferred. In order to complete the affirmation, I must first ascertain what material related to Mr. Leissner's cross-examination exists.

This is counsel's first request for an extension. Counsel for Razak does not object to this extension and requests an extension of their response to December 23, 2025, due to the holidays. Thank you for your consideration.

Respectfully submitted,

Teny Geragos

cc:     All counsel (ECF)

The proposed schedule is approved.

So Ordered.

GABRIEL W. GORENSTEIN
United States Magistrate Judge
December 8, 2025