UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re Application of
Mohd Najib Bin Abd Razak                                    :

             Petitioner,                          :

                                     ORDER
        v.                                              :    25-MC-00320 (MKV) (GWG)

For An Order Pursuant To 28 U.S.C. § 1782     :
To Take Discovery For Use In
Foreign Proceedings From:                                   :
Agnifilo Intrater LLP, and Marc A. Agnifilo,

                                     :

Respondents.
------------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Assuming <u>arguendo</u> that petitioner has met the "for use" requirement of 28 U.S.C. § 1782 as to the documents he seeks, petitioner is directed to explain how he has met the "for use" requirement as to the deposition testimony he seeks. Petitioner's local counsel discusses only how "the deposition of Mr. [Timothy] Leissner" (who is not a respondent) and any exculpatory "documents in the likely possession of the law office of Marc Agnifilo" could be used during or after petitioner's criminal trial. 3d Declaration of Muhammad Shafee Bin Md. Abdullah, filed Aug. 29, 2025 (Docket # 25) ¶¶ 4, 13. But there is nothing in that declaration or, to the Court's knowledge, otherwise in the record suggesting that the deposition testimony of Agnifilo or a representative of Agnifilo Intrater LLP could ever be "use[d]" in petitioner's foreign proceeding.

      Petitioner is directed to address this question by letter filed on or before January 12, 2026. Respondents may file any response by January 19, 2026.

      In light of the delay occasioned by the need to brief this question, respondents' counsel should on January 19, 2026, file a sworn statement that further explains the burden of responding to petitioner's proposed discovery requests on the assumption that the expected files from Brafman & Associates P.C. will have arrived before that date. In the unlikely event that those files have not been delivered in time to file such further explanation, respondents' counsel should instead on January 19 2026, give a full recitation of the reason for the delay and also explain whether those files are or are not in fact in respondents' control.

Petitioner may respond/reply by January 26, 2026.

SO ORDERED.

Dated: January 5, 2026
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge